IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS PAUL WYNN,

       Petitioner,                    No. CIV S-09-2728 JAM DAD P

    vs.

M. MARTEL,

       Respondent.              ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On March 10, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Respondent has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The findings and recommendations filed March 10, 2011, are adopted in full;

3   2. Respondent's August 23, 2010 motion to dismiss the habeas petition as untimely (Doc. No. 12) is denied; and

3. Respondent shall file an answer within sixty days from the service of this order.

DATED:  May 12, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE